IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER WAINWRIGHT,** | ) | **CASE NO. 1:07 CV 894** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| | ) | **Magistrate Judge William H. Baughman, Jr.** |
| **FEDEX GROUND PACKAGE** | ) | |
| **SYSTEM, INC.,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

As set forth in the attached Memorandum Opinion, the Court agrees with, and adopts, findings and conclusions of Magistrate Judge Baughman as its own. The Court hereby ADOPTS the Report and Recommendation of Magistrate Judge Baughman (Document #10) in its entirety. Accordingly, the Motion to Dismiss filed by FedEx (Document #5) is GRANTED. Counts I and II of the Complaint are hereby DISMISSED with prejudice for failure to state a claim upon which relief can be granted.

The referral of this case to Magistrate Judge Baughman remains in effect as to Count III of Mr. Wainwright's Complaint.

IT IS SO ORDERED.

                                                         s/Donald C. Nugent
                                                         DONALD C. NUGENT
                                                         United States District Judge

DATED: December 4, 2007