UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WAINWRIGHT, | ) | CASE NO. 1: 07 CV 894 |
| Plaintiff, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| FEDEX GROUND PACKAGE SYSTEM, INC., | ) | <u>MEMORANDUM OPINION AND ORDER</u> |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge William H. Baughman, Jr. (ECF # 18). The Report and Recommendation, filed on January 31, 2008, is ADOPTED by this Court (ECF # 18), and Defendant's Motion to Dismiss is GRANTED (ECF # 16).

This matter was referred to Magistrate Judge Baughman for general pretrial supervision, including the preparation of a report and recommendation on dispositive motions (ECF # 8). On January 31, 2008, Magistrate Judge Baughman recommended that this Court grant Defendant's Motion, and dismiss this case with prejudice. Plaintiff did not file any objections to the Report and Recommendation.

The Court has reviewed the Report and Recommendation *de novo*. *See Thomas v. Arn*, 474 U.S. 140 (1985). Upon consideration of the entire record, the Court finds Magistrate Judge Baughman's Report and Recommendation to be correct. Therefore, the Report and Recommendation (ECF # 18) is ADOPTED in its entirety, Defendant's Motion to Dismiss is GRANTED (ECF # 16), and this case is hereby DISMISSED WITH PREJUDICE. This case is

TERMINATED.

    IT IS SO ORDERED.

                                                  /s/ Donald C. Nugent
                                                  DONALD C. NUGENT
                                                  United States District Judge

DATED: February 11, 2008