UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WAINWRIGHT, | ) | CASE NO. 1: 07 CV 894 |
| Plaintiff, | ) ) ) | |
| | ) | JUDGE DONALD C. NUGENT |
| v. | ) ) | |
| FEDEX GROUND PACKAGE SYSTEM, INC., | ) ) ) | JUDGMENT |
| Defendant. | ) ) | |

Pursuant to a Memorandum Opinion and Order of this Court, the Report and Recommendation of Magistrate Judge Baughman is ADOPTED in its entirety (ECF # 18), Defendant's Motion to Dismiss is GRANTED (ECF # 16), and this case is hereby DISMISSED WITH PREJUDICE (ECF # 1). This case is TERMINATED.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: February 11, 2008